**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| STEFAN J. STAS AND LORETTA STAS, | : | No. 752 MAL 2017 |
| | : | |
| Petitioners | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| SUSQUEHANNA COUNTY BOARD OF | : | |
| ASSESSMENT APPEALS, MOUNTAIN | : | |
| VIEW SCHOOL DISTRICT AND LENOX | : | |
| TOWNSHIP, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of March, 2018, the Petition for Allowance of Appeal is **DENIED**.